IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MICHAEL CALDWELL                    )
                                    )
v.                                  )        No. 3:12-0594
                                    )        Magistrate Judge Holmes
CAROLYN W. COLVIN                   )
    Acting Commissioner of              )
    Social Security                     )

# O R D E R   A N D   F I N A L   J U D G M E N T

This case is before the Court on Plaintiff's complaint for judicial review of an unfavorable final decision of the Commissioner of the Social Security Administration regarding his application for Supplemental Security Income. The parties have consented to entry of final judgment by the United States Magistrate Judge under the provisions of 28 U.S.C. § 636(c), with any appeal to the Court of Appeals for the Sixth Circuit. The Court, having reviewed the record, the administrative transcript, the briefs of the parties, and the applicable law, finds as follows:

For the reasons contained in the accompanying memorandum of law, the Court finds that the decision of the Commissioner of Social Security is supported by substantial evidence, and the same is hereby AFFIRMED. This order constitutes the final judgment in this action, and the Clerk is directed to close this case upon entry of this order.

It is SO ORDERED.

BARBARA D. HOLMES
United States Magistrate Judge